Michael K. Brown (State Bar No. 104252)
Thomas J. Yoo (State Bar No. 175118)
REED SMITH LLP
355 South Grand Avenue, Suite 2900
Los Angeles, CA  90071
Telephone: (213) 457-8000
Facsimile: (213) 457-8080

Steven J. Boranian (State Bar No. 174183)
Susan B. Altman (State Bar No. 230227)
REED SMITH LLP
Two Embarcadero Center, Suite 2000
San Francisco, CA  94111-3922
Telephone: 415.543.8700
Facsimile: 415.391.8269

Attorneys for Defendant  Merck & Co., Inc.

UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LARRY GRAHAM, | No. CIV-S-05-0660 MCE/PAN |
| Plaintiff, | |
| v. | **ORDER DENYING PLAINTIFF'S EX PARTE APPLICATION FOR ORDER SHORTENING TIME FOR NOTICE OF MOTION TO REMAND** |
| MERCK & COMPANY, INC., a Corporation; MCKESSON CORPORATION, a corporation; and DOES 1 - 100, inclusive, | |
| Defendant. | |

   IT IS HEREBY ORDERED that Plaintiff's Ex Parte application is DENIED.  Plaintiff's motion is set for hearing on May 16, 2005.

DATE: April 20, 2005

_____
MORRISON C. ENGLAND, JR
UNITED STATES DISTRICT JUDGE

1