Michael K. Brown  (CSBN 104252)
Thomas J. Yoo  (CSBN 175118)
REED SMITH LLP
355 South Grand Avenue, Suite 2900
Los Angeles, CA  90071
Telephone:    (213) 457-8000
Facsimile:    (213) 457-8080

Steven J. Boranian (CSBN 174183)
Susan B. Altman (CSBN 230227)
REED SMITH LLP
Two Embarcadero Center, Suite 2000
San Francisco, CA  94111
Telephone:    (415) 543-8700
Facsimile:    (415) 391-8269

Attorneys for Defendant
Merck & Co., Inc

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LARRY GRAHAM,<br><br>        Plaintiff,<br><br>vs.<br><br>MERCK & COMPANY, INC.; a corporation; MCKESSON CORPORATION, a corporation, and DOES 1-100, inclusive,<br><br>        Defendants. | Case No.: 2:05-cv-00660-MCE-PAN<br><br>**STIPULATION AND [PROPOSED] ORDER STAYING PROCEEDINGS**<br><br><br>Hon.  Morrison C. England Jr. |

REED SMITH LLP
A limited liability partnership formed in the State of Delaware

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

The parties, by and through their counsel, stipulate to and respectfully request a stay of all proceedings in this action pending the transfer of this case to *In re VIOXX Products Liability Litigation*, MDL No. 1657. This stipulation is applicable solely to Plaintiff Graham's case and shall have no effect on future proceedings between Defendant Merck & Co., Inc. ("Merck") and Plaintiff's counsel.

Plaintiff Larry Graham alleges personal injuries that he attributes to the prescription drug VIOXX®. Defendant Merck & Co., Inc. ("Merck") manufactured and distributed VIOXX®, but voluntarily withdrew VIOXX® from the market on September 30, 2004.

On February 16, 2005, the Judicial Panel on Multidistrict Litigation ("JPML") issued an order transferring 148 VIOXX®-related cases to the United States District Court for the Eastern District of Louisiana for coordinated pretrial proceedings under 28 U.S.C. § 1407. Merck intends to seek the transfer of this action to that Multidistrict Litigation, *In re VIOXX Products Liability Litigation*, MDL No. 1657, and has provided the JPML with notice of this action pursuant to the procedure for "tag along" actions set forth in the rules of the JPML.

Based on the foregoing, the parties respectfully request that the Court stay this action pending its transfer to MDL No. 1657.

///
///
///
///
///
///
///
///
///
///
///
///

REED SMITH LLP
A limited liability partnership formed in the State of Delaware

DATED:  [May 9, 2005]

REED SMITH LLP


By____/s/ Susan B. Altman for Steven J. Boranian
    Steven J. Boranian
    Attorneys for Defendant
    Merck & Co., Inc.

DATED:  [May 6, 2005]

ALEXANDER HAWES & AUDET LLP


By____/s/ Susanne N. Scovern_____
    Susanne N. Scovern
    Attorneys for Plaintiff
    Larry Graham

## ORDER

Having considered the foregoing stipulation and good cause appearing therefore, IT IS SO ORDERED that this action is stayed pending transfer of this case to *In Re VIOXX Products Liability Litigation*, MDL No. 1657.  Defendant Merck's Motion to Stay and Plaintiff Larry Graham's Remand Motion, scheduled to be heard on May 16, 2005, are now off calendar.

DATED: May 12, 2005

_____
MORRISON C. ENGLAND, JR
UNITED STATES DISTRICT JUDGE

- 3 -